IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:25-cv-680-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff Jeffery Lee ("Lee") is a death row inmate in the custody of the Alabama Department of Corrections ("ADOC") who elected to be executed by nitrogen hypoxia. Lee's case is one of eight civil actions that were filed on or about August 22, 2025, challenging, among other things, the ADOC's nitrogen hypoxia execution protocol. Now pending before the Court are the parties' joint motion to consolidate (doc. 22) and the Defendants' motion to dismiss (doc. 25). The Court held a hearing on the motions on January 14, 2026.[1] For the reasons stated on the record at the hearing, and for good cause, it is

ORDERED as follows:

1. The joint motion to consolidate (doc. 22) is GRANTED, and a consolidation order will be entered separately;

2. The Defendants' motion to dismiss (doc. 25) is GRANTED IN PART and

---

[1] A hearing in the other seven cases was held at the same time.

DENIED IN PART as follows:

    a. The Defendants' motion to dismiss (doc. 25) is GRANTED as to the claim asserting a violation of the Alabama Constitution's prohibition on cruel or unusual punishment, and this claim is DISMISSED WITHOUT PREJUDICE;

    b. The Defendants' motion to dismiss (doc. 25) is GRANTED as to the claim asserting a violation of the Alabama Constitution's nondelegation doctrine, and this claim is DISMISSED WITHOUT PREJUDICE;

    c. The Defendants' motion to dismiss (doc. 25) is GRANTED as to the claims that Alabama's execution statutes violate due process because they are impermissibly vague; the claim arising under the United States Constitution is DISMISSED WITH PREJUDICE, and the claim arising under the Alabama Constitution is DISMISSED WITHOUT PREJUDICE;

    d. The Defendants' motion to dismiss (doc. 25) is DENIED as to the Eighth Amendment method of execution claim;

3. The John Doe Defendants named in Lee's complaint (doc. 1) are DISMISSED from this action.

DONE this 15th day of January, 2026.

                  /s/ Emily C. Marks
                  EMILY C. MARKS
                  CHIEF UNITED STATES DISTRICT JUDGE