IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY LEE,                              )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )   CASE NO. 2:25-cv-680-ECM
                                          )
JOHN Q. HAMM, Commissioner,               )
Alabama Department of Corrections, *et al.*,  )
                                          )
    Defendants.                       )

# **O R D E R**

Before the Court is the parties' proposed stipulated order regarding the Plaintiff's

first amended complaint (doc. 38), which the Court construes as containing a motion for

leave to file an amended complaint. Upon consideration of the motion and the parties'

stipulation, and for good cause, it is

ORDERED that the motion for leave (doc. 38) is GRANTED, and the Plaintiff shall

file his first amended complaint (doc. 38-1) as a separate docket entry **on or before**

**February 4, 2026**. It is further

ORDERED that the Defendants shall respond to the first amended complaint **on or**

**before February 9, 2026**. *See* FED. R. CIV. P. 15(a)(3).

DONE this 30th day of January, 2026.

             /s/ Emily C. Marks
            EMILY C. MARKS
            CHIEF UNITED STATES DISTRICT JUDGE