| | | | | | | |
|---|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS**<br><br>**PROCEEDING:** Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Lovelace et al<br>**CASE NUMBER:** 2:25-cv-680-ECM<br><br>**PRESIDING:** Emily C. Marks, U.S. District Judge<br>**COURT REPORTER:** Patricia Starkie | | |
| **ADMITTED** | **DATE OFFERED** | **DATE IDENTIFIED** | **EXH NO** | **WITNESS** | **OBJ** | **DESCRIPTION** |
| Yes | 4/27/2026 | 4/27/2026 | P0001 | Pre-admitted | N | Defendants' Answer to Plaintiff Lee's First Amended Complaint (Plaintiff Deposition Exhibit 4) |
| Yes | 4/27/2026 | 4/27/2026 | P0002 | Pre-admitted | N | Defendants' Response to Amended First, Second, and Third Interrogatories (Combined Exhibit) |
| Yes | 4/27/2026 | 4/27/2026 | P0003 | Pre-admitted | N | Defendants' Responses to First, Second, Third, and Fourth Requests for Admission (Combined Exhibit) |
| Yes | 4/27/2026 | 4/27/2026 | P0004 | Pre-admitted | N | Alabama Department of Corrections Execution Procedures – Lethal Injection, Nitrogen Hypoxia, Electrocution (August 2023) (Plaintiff Deposition Exhibit 8) – HIGHLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0005 | Pre-admitted | N | Redacted Execution Protocol (Plaintiff Deposition Exhibit 59) |
| Yes | 4/27/2026 | 4/27/2026 | P0006 | Pre-admitted | N | ADOC Boyd Execution Timeline (Plaintiff Deposition Exhibit 33, 62, 87 - Wilson RFP 0210) |
| Yes | 4/27/2026 | 4/27/2026 | P0007 | Pre-admitted | N | ADOC Frazier Execution Timeline (Plaintiff Deposition 48 - Wilson RFP 0177) |
| Yes | 4/27/2026 | 4/27/2026 | P0008 | Pre-admitted | N | ADOC Grayson Execution Timeline (Plaintiff Deposition Exhibit 22 - Wilson RFP 0158) |
| Yes | 4/27/2026 | 4/27/2026 | P0009 | Pre-admitted | N | ADOC Hunt Execution Timeline (Plaintiff Deposition Exhibit 28 - Wilson RFP 0184) |
| Yes | 4/27/2026 | 4/27/2026 | P0010 | Pre-admitted | N | ADOC Miller Execution Timeline (Plaintiff Deposition Exhibit 19 - Wilson RFP 0133) |

| | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|

**PLAINTIFF'S EXHIBITS**

v.

**PROCEEDING:** Non-Jury Trial

Hamm et al
**CASE NUMBER:** 2:25-cv-680-ECM

**PRESIDING:** Emily C. Marks, U.S. District Judge
**COURT REPORTER:** Patricia Starkie

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0011 | Pre-admitted | N | ADOC Smith Execution Timeline (Plaintiff Deposition Exhibit 17, 58 - Wilson RFP 0133) |
| Yes | 4/27/2026 | 4/27/2026 | P0012 | Pre-admitted | N | ADOC West Execution Timeline (Plaintiff Deposition Exhibit 30, 64 - Wilson RFP 0196) |
| Yes | 4/27/2026 | 4/27/2026 | P0013 | Pre-admitted | N | Alan Miller – Autopsy Report (September 27, 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0014 | Pre-admitted | N | Anthony Boyd – Autopsy Report (October 24, 2025) |
| Yes | 4/27/2026 | 4/27/2026 | P0015 | Pre-admitted | N | Carey Grayson - Autopsy Report (November 22, 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0016 | Pre-admitted | N | Kenneth Smith - Autopsy Report (January 26, 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0017 | Pre-admitted | N | Declaration of Brian McAlary, MD in Boyd v. Hamm |
| Yes | 4/27/2026 | 4/27/2026 | P0018 | Pre-admitted | N | McAlary Testimony in Boyd v. Hamm (Sept. 4, 2025) |
| Yes | 4/27/2026 | 4/27/2026 | P0019 | Pre-admitted | N | Notes taken by Matt Schulz during Carey Grayson execution |
| Yes | 4/27/2026 | 4/27/2026 | P0020 | Pre-admitted | N | Affidavit of Kim Chandler (Reporter, Associated Press) |
| Yes | 4/27/2026 | 4/27/2026 | P0021 | Pre-admitted | N | Chandler K., Alabama carries out nation's third nitrogen gas execution on a man for a hitchhiker's killing. Published Nov. 22, 2024. Associated Press. (Exhibit 1 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0022 | Pre-admitted | N | Chandler K., Alabama executes a man by nitrogen gas for the beating death of a woman in 1988. Published June 11, 2025. Associated Press (Exhibit 2 of P0020) |

| | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|

PLAINTIFF'S
EXHIBITS

PROCEEDING: Non-Jury Trial

v.

Hamm et al
CASE NUMBER: 2:25-cv-680-ECM

PRESIDING: Emily C. Marks, U.S. District Judge
COURT REPORTER: Patricia Starkie

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0023 | Pre-admitted | N | Chandler K., Alabama executes man with nitrogen gas for 1993 murder over $200 drug debt.  Published Oct. 23, 2025.  Associated Press (Exhibit 3 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0024 | Pre-admitted | N | Chandler K., Alabama executes man with nitrogen gas for 1997 shooting death of store clerk. Published Sept. 25, 2025.  Associated Press (Exhibit 4 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0025 | Pre-admitted | N | Chandler K., What happened at the nation's first nitrogen gas execution: an AP eyewitness account. Published January 27, 2024. (Exhibit 5 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0026 | Pre-admitted | N | Chandler K. Alabama puts man convicted of killing 3 to death in the country's second nitrogen gas execution.  Published Sept. 25, 2024. Associated Press (Exhibit 6 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0027 | Pre-admitted | N | Chandler K. Alabama puts man to death for a 1991 murder in the nation's fourth execution using nitrogen gas. Published February 6, 2025. Associated Press (Exhibit 7 of P0020) |
| Yes | 4/27/2026 | 4/27/2026 | P0028 | Pre-admitted | N | Clifton S., Alabama executes Demetrius Frazier by nitrogen gas for 1991 murder.  Published February 6, 2025 (Plaintiff Deposition Exhibit 25) |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS**<br><br>PROCEEDING: Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER: 2:25-cv-680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0029 | Pre-admitted | N | Roney M., Nitrogen Gas Execution: Kenneth Smith Convulses For Four Minutes in Alabama Death Chamber. Published January 25, 2024 (Plaintiff Deposition Exhibit 16) |
| Yes | 4/27/2026 | 4/27/2026 | P0030 | Pre-admitted | N | Clifton S., Alabama executes Anthony Todd Boyd by nitrogen gas for 1993 murder and kidnapping, Published October 24, 2025 (Plaintiff Deposition Exhibits 31, 61, and 88) |
| Yes | 4/27/2026 | 4/27/2026 | P0031 | Pre-admitted | N | Chapoco R., Kenneth Eugene Smith Executed by Nitrogen Gas for 1988 Murder-for-Hire Scheme. Published January 25, 2025. Alabama Reflector |
| Yes | 4/27/2026 | 4/27/2026 | P0032 | Pre-admitted | N | Roney M., Alabama executes Carey Dale Grayson by nitrogen gas for brutal 1999 murder. Published November 21, 2024. Montgomery Advertiser. |
| Yes | 4/27/2026 | 4/27/2026 | P0033 | Pre-admitted | N | Roney M., Alabama executes man with nitrogen gas. Published September 26, 2024. Montgomery Advertiser. |
| Yes | 4/27/2026 | 4/27/2026 | P0034 | Pre-admitted | N | Clifton S., Alabama executes Geoffrey Todd West by nitrogen gas for 1997 murder. Published September 26, 2025 (Plaintiff Deposition Exhibit 29 and 63) |
| Yes | 4/27/2026 | 4/27/2026 | P0035 | Pre-admitted | N | Curriculum Vitae of Dr. Julie Bastarache - Excerpted from February 27, 2026 Expert Report |

| | | | | Jeffery Lee | | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS | | | | v. | | |
| PROCEEDING:  Non-Jury Trial | | | | Hamm et al | | |
| | | | | CASE NUMBER:  2:25-cv-680-ECM | | |
| | | | | PRESIDING:  Emily C. Marks, U.S. District Judge COURT REPORTER:  Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0036 | Pre-admitted | N | Curriculum Vitae of Dr. Richard Schwartzstein - Prepared 3/2026 |
| Yes | 4/27/2026 | 4/27/2026 | P0037 | Pre-admitted | N | Curriculum Vitae or Dr. James S. Williams - Appendix A to March 2, 2026 Expert Report |
| Yes | 4/27/2026 | 4/27/2026 | P0038 | Pre-admitted | N | Dr. James Williams Expert Report (March 2, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0039 | Pre-admitted | N | Dr. Julie Bastarache Amended Expert Report (March 23, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0040 | Pre-admitted | N | Dr. Julie Bastarache Rebuttal Report (March 6, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0041 | Pre-admitted | N | Dr. Richard Schwartzstein Expert Report (February 27, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0042 | Pre-admitted | N | Dr. Richard Schwartzstein Rebuttal Report (March 6, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0043 | Pre-admitted | N | 2025 US Army Regulations for Military Executions |
| Yes | 4/27/2026 | 4/27/2026 | P0044 | Pre-admitted | N | 2025 Utah Firing Squad Protocol |
| Yes | 4/27/2026 | 4/27/2026 | P0045 | Pre-admitted | N | Bailey DM, Macefield VG, Pattinson K, Schwartzstein RM, Latham SR, Poole DC. Breath to death: nitrogen asphyxiation for execution and assisted suicide. J Appl Physiol. 2025 Nov 1;139(5):1309-1311. |
| Yes | 4/27/2026 | 4/27/2026 | P0046 | Pre-admitted | N | Bailey DM, Macefield VG, Poole D. Physiology of nitrogen: a life or death matter. Exp Physiol. 2026 Jan:111(1):270-282. Epub 2025 Jun 20. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS**<br><br>PROCEEDING:  Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER:  2:25-cv-680-ECM<br><br>PRESIDING:  Emily C. Marks, U.S. District Judge<br>COURT REPORTER:  Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0047 | Pre-admitted | N | Banzett RB, Lansing RW, Binks AP. Air Hunger: A Primal Sensation and a Primary Element of Dyspnea. Compr Physiol. 2021 Feb 12;11(2):1449-1483. |
| Yes | 4/27/2026 | 4/27/2026 | P0048 | Pre-admitted | N | Banzett RB, Pedersen SH, Schwartzstein RM, Lansing RW. The affective dimension of laboratory dyspnea: air hunger is more unpleasant than work/effort. Am J Respir Crit Care Med. 2008;77:1384–1390. |
| Yes | 4/27/2026 | 4/27/2026 | P0049 | Pre-admitted | N | Banzett RB, Sheridan AR, Baker KM, Lansing RW, Stevens JP. 'Scared to death' dyspnoea from the hospitalised patient's perspective. BMJ Open Respir Res. 2020 Mar;7(1):e000493. |
| Yes | 4/27/2026 | 4/27/2026 | P0050 | Pre-admitted | N | Başoğlu M. Effective management of breathlessness: a review of potential human rights issues. Eur Resp J. 2017 May 25;49(5):1602099. |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS<br><br>PROCEEDING: Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER: 2:25-cv-680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0051 | Pre-admitted | N | Bastarache, J.A., Ware, L.B., Bernard, G.R. Acute Lung Injury and the Acute Respiratory Distress Syndrome. Textbook of Critical Care, sixth edition, Elsevier April 2010 (Textbook Chapter); Ware, L.B., Bastarache, J.A., Bernard, G.R. Acute Lung Injury and the Acute Respiratory Distress Syndrome. Textbook of Critical Care, seventh edition, Elsevier April 2016 (Textbook Chapter); Bastarache, J.A., Ware, L.B., Bernard, G.R. Acute Respiratory Distress Syndrome. Textbook of Critical Care, eighth edition, Elsevier April 2023 (Textbook Chapter) |
| Yes | 4/27/2026 | 4/27/2026 | P0052 | Pre-admitted | N | Bickler PE, Lipnick MS. Evidence Against Use of Nitrogen for the Death Penalty. JAMA 2024;331(24):2075-2076. |
| Yes | 4/27/2026 | 4/27/2026 | P0053 | Pre-admitted | N | Bozeman WP, et al. (2022), J Forensic and Legal Medicine, Safety of Vascular Neck Restraint applied by law enforcement officers, v92, 1024 |
| Yes | 4/27/2026 | 4/27/2026 | P0054 | Pre-admitted | N | DeJager E, McCarty JC, Jarman MP, Goralnick E (2019), US Civilian Active Shooter Incidents Involving a Semiautomatic Rifle are More Lethal Than Incidents Involving Other Firearms, J American College of Surgery, Sept; 229(3): 323 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS**<br><br>PROCEEDING: Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER: 2:25-cv-680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0055 | Pre-admitted | N | Demoule A, Decavele M, Antonelli M, et al. Dyspnoea in acutely ill mechanically ventilated adult patients: an ERS/ESICM statement. Eur Respir J. 2024;63(2):2300347 |
| Yes | 4/27/2026 | 4/27/2026 | P0056 | Pre-admitted | N | Demoule A, Hajage D, Messika J, et al. Prevalence, Intensity, and Clinical Impact of Dyspnea in Critically Ill Patients Receiving Invasive Ventilation. Am J Respir Crit Care Med. 2022; 205(8): 917–926. |
| Yes | 4/27/2026 | 4/27/2026 | P0057 | Pre-admitted | N | DiMaio, V.J.M. (1999) Gunshot Wounds: Practical Aspects of Firearms, Ballistics, and Forensic Techniques (2nd Ed.), CRC Press |
| Yes | 4/27/2026 | 4/27/2026 | P0058 | Pre-admitted | N | Fackler, M. (1966) Gunshot Wound Review; Annals of Emergency Medicine 28(2): 194-203 |
| Yes | 4/27/2026 | 4/27/2026 | P0059 | Pre-admitted | N | Fowler WS, Cornish Jr. ER, Kety SS. Lung Function Studies. VIII. Analysis Of Alveolar Ventilation By Pulmonary N2 Clearance Curves. J Clin Invest. 1952 Jan;31(1):40–50. |
| Yes | 4/27/2026 | 4/27/2026 | P0060 | Pre-admitted | N | Goila, A., Pawar, M. (2009), The diagnosis of brain death; Indian Journal of Critical Care Medicine 13(1):7-11 |
| Yes | 4/27/2026 | 4/27/2026 | P0061 | Pre-admitted | N | Grossman, D. (1995) On Killing; Little Brown & Co. |
| Yes | 4/27/2026 | 4/27/2026 | P0062 | Pre-admitted | N | Johnson MR. Acute Pulmonary Edema. Current Treatment Options Cardiovascular Medicine 1999, 1:269–276. |

| | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|

PLAINTIFF'S
EXHIBITS

PROCEEDING:  Non-Jury Trial

Jeffery Lee

v.

Hamm et al
CASE NUMBER:  2:25-cv-680-ECM

PRESIDING:  Emily C. Marks, U.S. District Judge
COURT REPORTER:  Patricia Starkie

| Yes | 4/27/2026 | 4/27/2026 | P0063 | Pre-admitted | N | Kompanje EJO, van der Hoven B, Bakker J. Anticipation of distress after discontinuation of mechanical ventilation in the ICU at the end of life. Intensive Care Med 2008;34:1593–1599. |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0064 | Pre-admitted | N | Lehman R. How long can I go on like this? Dying from cardiorespiratory disease. Br J Gen Pract. 2004 Dec 1;54(509):892–893. |
| Yes | 4/27/2026 | 4/27/2026 | P0065 | Pre-admitted | N | Macefield VG. Death by hypoxia: what were they thinking? J Physiol. 2024;602(6):991–992 |
| Yes | 4/27/2026 | 4/27/2026 | P0066 | Pre-admitted | N | MacNee W, Martin BA, Wiggs BR, Belzberg AS, Hogg JC. Regional pulmonary transit times in humans. J Appl Physiol. 1989 Feb;66(2):844-50. |
| Yes | 4/27/2026 | 4/27/2026 | P0067 | Pre-admitted | N | Magoun, H.W. (1952) An ascending reticular activating system in the brain stem. AMA Archives of Neurology and Psychiatry 67(2): 145-154 |
| Yes | 4/27/2026 | 4/27/2026 | P0068 | Pre-admitted | N | Mandal A.K., Oparah S.S. (1989) J Thoracic and Cardiovascular Surgery; 97: 119-25 |
| Yes | 4/27/2026 | 4/27/2026 | P0069 | Pre-admitted | N | Manley GT, Maas AI. The Glasgow Coma Scale at 50: looking back and forward. Lancet 2024;404(10454):734–735. |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS<br><br>PROCEEDING:  Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER:  2:25-cv-680-ECM<br><br>PRESIDING:  Emily C. Marks, U.S. District Judge<br>COURT REPORTER:  Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0070 | Pre-admitted | N | Manning HL and Schwartzstein RM. Pathophysiology of Dyspnea. New Engl J Med. 1995; 333(23):1547–1553 |
| Yes | 4/27/2026 | 4/27/2026 | P0071 | Pre-admitted | N | Manning HL, Shea SA, Schwartzstein RM, Lansing RW, Brown R, Banzett RB. Reduced tidal volume increases 'air hunger' at fixed PCO2 in ventilated quadriplegics. Respir Physiol. 1992;90:19–30. |
| Yes | 4/27/2026 | 4/27/2026 | P0072 | Pre-admitted | N | Moosavi SH, Golestanian E, Binks AP, Lansing RW, Brown R, Banzett RB. Hypoxic and hypercapnic drives to breathe generate equivalent levels of air hunger in humans. J Appl Physiol. 2003;94:141–154. |
| Yes | 4/27/2026 | 4/27/2026 | P0073 | Pre-admitted | N | Shumway NM, Presence and treatment of air hunger in severely ill patients, Respiratory Medicine (2008), 102:27-31 |
| Yes | 4/27/2026 | 4/27/2026 | P0074 | Pre-admitted | N | Parshall MB, Schwartzstein RM, Adams L,  Banzett RB, Manning HL, Bourbeau J, Calverley PM, Gift AG, Harver A,  Lareau SC, Mahler DA, Meek PM, O'Donnell DE;  on behalf of the ATS Committee on Dyspnea.  An Official American Thoracic Society Statement: Update on the Mechanisms, Assessment, and Management of Dyspnea. Am J Respir Crit Care Med. 2012;185(4):435–452. |

| PLAINTIFF'S EXHIBITS PROCEEDING: Non-Jury Trial | | | | Jeffery Lee v. Hamm et al CASE NUMBER: 2:25-cv-680-ECM PRESIDING: Emily C. Marks, U.S. District Judge COURT REPORTER: Patricia Starkie | | |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0075 | Pre-admitted | N | Poole DC, Bailey DM. Death by nitrogen anoxia: On the integrated physiology of human execution. Experimental Physiol. 2024; 109:1009–1014. |
| Yes | 4/27/2026 | 4/27/2026 | P0076 | Pre-admitted | N | Putz ND, Shaver DM, Dufu K, Li CM, Xu Q, Hutchaleelaha A, Lehrer J, Majka SM, Ware LB, Bastarache JA. GBT1118, a compound that increases the oxygen affinity of hemoglobin, improves survival in murine hypoxic acute lung injury. J Appl Physiol 2018, 124:899-905. |
| Yes | 4/27/2026 | 4/27/2026 | P0077 | Pre-admitted | N | Raja SN, Carr DB, Cohen M, et al. The revised International Association for the Study of Pain definition of pain: concepts, challenges, and compromises. Pain 2020;161:1976-1982 |
| Yes | 4/27/2026 | 4/27/2026 | P0078 | Pre-admitted | N | Schwartzstein RM, Adams L. Dyspnea, in Mason RJ, Broaddus VC, Martin TR, King, TE Jr, Schraufnagel DE, Murray JF, Nadel JA. Murray and Nadel's Textbook of Respiratory Medicine, 5th edition. Philadelphia, Saunders. 2010, pp. 613-627. (and succeeding editions through 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0079 | Pre-admitted | N | Schwartzstein RM, Parker MJ. Respiratory Physiology: A Clinical Approach. Baltimore, MD. Lippincott, Williams, and Wilkens, 2005. |

| PLAINTIFF'S EXHIBITS | | | | Jeffery Lee | | |
|---|---|---|---|---|---|---|
| | | | | v. | | |
| PROCEEDING: Non-Jury Trial | | | | Hamm et al CASE NUMBER: 2:25-cv-680-ECM | | |
| | | | | PRESIDING: Emily C. Marks, U.S. District Judge COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0080 | Pre-admitted | N | Schwartzstein RM, Sturley R. Dyspnea and Mechanical Ventilation: Applying Physiology To Guide Therapy. Trans Am Clin Climatol Assoc.2023:133:162-180. |
| Yes | 4/27/2026 | 4/27/2026 | P0081 | Pre-admitted | N | Schwartzstein RM. Dyspnea and pulmonary edema, in Fauci AS, Kasper DL, Braunwald E, Hauser SL, Longo DL, Jameson JL, Loscalzo J eds. Harrison's Principles of Internal Medicine, 17th edition. 2008, 2013, 2018. |
| Yes | 4/27/2026 | 4/27/2026 | P0082 | Pre-admitted | N | Schwartzstein RM. The language of dyspnea, in Mahler DA, O'Donnell DE eds. Dyspnea: Mechanisms, Measurement, and Management. New York, Marcel Dekker, Inc. 2005, 115-146. |
| Yes | 4/27/2026 | 4/27/2026 | P0083 | Pre-admitted | N | Shriver, Adam J. Cortex necessary for pain — but not in sense that matters.Animal Sentience 2016;3(27) |
| Yes | 4/27/2026 | 4/27/2026 | P0084 | Pre-admitted | N | Singh A, Varghese S, Binda DD, Baker MB, Faragon C, Bernstein W. A critical examination of execution drugs in the USA: historical perspectives and ethical debates. J Med Ethics 2025 Jul 28:jme-2025-110850. |
| Yes | 4/27/2026 | 4/27/2026 | P0085 | Pre-admitted | N | Stevens JP, et al. A Multidimensional Profile of Dyspnea in Hospitalized Patients. Chest 2019; 156:507-1 |

| PLAINTIFF'S EXHIBITS | | | | Jeffery Lee v. Hamm et al CASE NUMBER: 2:25-cv-680-ECM | | |
|---|---|---|---|---|---|---|
| PROCEEDING: Non-Jury Trial | | | | PRESIDING: Emily C. Marks, U.S. District Judge COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0086 | Pre-admitted | N | Stromquist K, Alabama executes Gregory Hunt by nitrogen gas for 1988 murder of Karen Lane. WWNO – New Orleans Public Radio, June 10, 2025 |
| Yes | 4/27/2026 | 4/27/2026 | P0087 | Pre-admitted | N | Teasdale G. and Jennett B. Assessment of coma and impaired consciousness. A practical scale. The Lancet 1974;2(7872): 81–8. |
| Yes | 4/27/2026 | 4/27/2026 | P0088 | Pre-admitted | N | van Rijn CM, Krijnen H, Menting-Hermeling S, Coenen AML (2011), Decapitation in rats: latency to unconsciousness and the 'wave of death'; PLoS One Jan 27;6(1):e16514.doi: 10/1371/journal.pone.0016514 |
| Yes | 4/27/2026 | 4/27/2026 | P0089 | Pre-admitted | N | Worsham CM, Banzett RB, Schwartzstein RM. Air Hunger and Psychological Trauma in Ventilated Patients with COVID-19. An Urgent Problem. Ann Am Thorac Soc. 2020 Aug; 17(8):926-927. |
| Yes | 4/27/2026 | 4/27/2026 | P0090 | Pre-admitted | N | Worsham CM, Banzett RB, Schwartzstein RM. Dyspnea, Acute Respiratory Failure, Psychological Trauma, and Post-ICU Mental Health -- A Caution and a Call for Research. Chest 2021;159(2):749-756. |
| Yes | 4/27/2026 | 4/27/2026 | P0091 | Pre-admitted | N | Young, G.B. (2017) Diagnosis of brain death, UpToDate (online reference) |

| | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|

PLAINTIFF'S EXHIBITS

PROCEEDING: Non-Jury Trial

v.

Hamm et al
CASE NUMBER: 2:25-cv-680-ECM

PRESIDING: Emily C. Marks, U.S. District Judge
COURT REPORTER: Patricia Starkie

| Yes | 4/27/2026 | 4/27/2026 | P0092 | Pre-admitted | N | AVMA Guidelines For Euthanasia of Animals, 2020 Edition - (Plaintiff Deposition Exhibit 105 - Lee RFP 000304) |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0093 | Pre-admitted | N | Hamm Execution Chamber Diagram (Plaintiff Deposition Exhibit 10) – HIGHLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0094 | Pre-admitted | N | Jul. 18, 2018 KGOU Article by Botkin, "Puzzle Of Nitrogen Execution Could Present Issues For State" (Plaintiff Deposition Exhibit 112) |
| Yes | 4/27/2026 | 4/27/2026 | P0095 | Pre-admitted | N | Oximeter Operation/Service Manual, Highly Confidential (Plaintiff Deposition Exhibit 40 - Wilson RFP 0237) – HIGHLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0096 | Pre-admitted | N | PowerPoint, Safety Inspection For Gas Cylinders at Alabama Department of Corrections (Plaintiff Deposition Exhibit 44 - Wilson RFP 0498) – HIGHLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0097 | Pre-admitted | N | Print out of an excel spreadsheet with of the inmates executed by nitrogen hypoxia in Alabama and additional data points (provided for Antognini deposition) (Plaintiff Deposition Exhibit 86). |
| Yes | 4/27/2026 | 4/27/2026 | P0098 | Pre-admitted | N | Training PowerPoint "Dangers and Hazards Associated with Nitrogen Gas in the Workplace" (Plaintiff Deposition Exhibit 111) -HIGHLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0099 | Pre-admitted | N | User's Manual For Continuous Flow, Full Face Respirators (Plaintiff Deposition Exhibit 83) – HIGHLY CONFIDENTIAL |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS<br><br>PROCEEDING: Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER: 2:25-cv-680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: Patricia Starkie | | |
| Yes | 4/27/2026 | 4/27/2026 | P0100 | Pre-admitted | N | 2023-11-30 Volunteer 2 - Screen Capture 1 (HIGHLY CONFIDENTIAL) |
| Yes | 4/27/2026 | 4/27/2026 | P0101 | Pre-admitted | N | 2023-11-30 Volunteer 2 - Screen Capture 2 (HIGHLY CONFIDENTIAL) |
| Yes | 4/27/2026 | 4/27/2026 | P0102 | Pre-admitted | N | 2023-12-07 Volunteer 2 - Screen Capture 1 (HIHGLY CONFIDENTIAL |
| Yes | 4/27/2026 | 4/27/2026 | P0103 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9817 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0104 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9820 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0105 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9826 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0106 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9829 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0107 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9845 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0108 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9854 (Photo taken at Holman Facility on March 16, 2026) |

| PLAINTIFF'S EXHIBITS<br><br>PROCEEDING: Non-Jury Trial | | | | Jeffery Lee<br><br>v.<br><br>Hamm et al<br>CASE NUMBER: 2:25-cv-680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: Patricia Starkie | | |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0109 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9855 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0110 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9858 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0111 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9868 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0112 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9869 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0113 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9872 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0114 | Pre-admitted | N | Redacted _LEE_DSC9875 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0115 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9880 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0116 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9908 (Photo taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0117 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_DSC9914 (Photo taken at Holman Facility on March 16, 2026) |

| | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|

PLAINTIFF'S
EXHIBITS

PROCEEDING: Non-Jury Trial

Jeffery Lee

v.

Hamm et al
CASE NUMBER: 2:25-cv-680-ECM

PRESIDING: Emily C. Marks, U.S. District Judge
COURT REPORTER: Patricia Starkie

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0118 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO04 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0119 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO06 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0120 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO08 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0121 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO09 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0122 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO10 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0123 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO11 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0124 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO12 (Video taken at Holman Facility on March 16, 2026) |
| Yes | 4/27/2026 | 4/27/2026 | P0125 | Pre-admitted | N | HIGHLY CONFIDENTIAL_LEE_VIDEO13 (Video taken at Holman Facility on March 16, 2026) |

| | | | | | | | Jeffery Lee |
|---|---|---|---|---|---|---|---|

PLAINTIFF'S EXHIBITS

v.

Hamm et al
CASE NUMBER:  2:25-cv-680-ECM

PROCEEDING:  Non-Jury Trial

PRESIDING:  Emily C. Marks, U.S. District Judge
COURT REPORTER:  Patricia Starkie

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes | 4/27/2026 | 4/27/2026 | P0126 | Pre-admitted | N | | Gladys Bautista, *Witnessing Alan Miller's execution: A firsthand account from Alabama's death chamber*, WVTM13 (Sept. 29, 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0127 | Pre-admitted | N | | Kent Faulk, *Alabama Executes Carey Dale Grayson by Nitrogen Gas for 1997 Murder*, AL.com (Nov. 24, 2024) |
| Yes | 4/27/2026 | 4/27/2026 | P0128 | Pre-admitted | N | | Curriculum Vitae or Dr. James S. Williams – updated April 2026 |

ALL EXHIBITS RETURNED TO COUNSEL AT THE CONCLUSION OF HEARING. FLASH DRIVE WITH ADMITTED EXHIBITS GIVEN TO CRD FOR COURT RECORD.

Anna Thompson
Printed Name

Anna Thompson
Signature

4/29/2026
Date

| PLAINTIFF'S EXHIBITS  PROCEEDING: Non-Jury Trial – Evidence entered after non-jury trial and admitted by the Court (Doc.171) on 5/26/2026 and ordering evidence closed. | | | | Jeffery Lee<br><br>          v.<br><br>Lovelace et al<br>CASE NUMBER: 2:25cv680-ECM<br><br>PRESIDING: Emily C. Marks, U.S. District Judge<br>COURT REPORTER: | | |
|---|---|---|---|---|---|---|
| **ADMITTED** | **DATE OFFERED** | **DATE IDENTIFIED** | **EXH NO** | **WITNESS** | **OBJ** | **DESCRIPTION** |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-129 | | | Declaration of Dr. Julie Bastarache – Redacted. |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-130 | | | Ortega R., Hansen CJ, Elterman K., Woo A., Pulse oximetry, N. Engl. J. Med. 2011, 364;16 |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-131 | | | Chan E., Chan MM, Chan MM, Pulse oximetry: understanding its basic principles facilitates appreciations of its limitations, Resp. Med. 2013, 107:789–99 |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-132 | | | Operation and Service Manual for the pulse oximeter (HYPOXIA RFP 000234-278 – Highly Confidential) |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-133 | | | 3301_10735 pulse oximeter data (LEE RFP 000129–253) |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-134 | | | 3301_10747 pulse oximeter data (LEE RFP 000007–000128) |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-135 | | | Defendants' Second Amended Responses to Plaintiff's First Requests for Admission, Defendants' Amended Answer to Plaintiff's Third Requests for Admission, and Defendants' Second Response to Plaintiff's Fifth Set of Requests for Admission (Combined Exhibit) |
| 5/26/2026 Order 171 | 5/19/2026 | 5/19/2026 | PX-136 | | | Declaration from manufacturer of the pulse oximeters, executed May 18, 2026 HIGHLY CONFIDENTIAL. - Redacted |
| | | | | | | |
| | | | | | | |