## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JEFFERY LEE,

      Plaintiff,

      v.

GREG LOVELACE, Commissioner,
Alabama Department of Corrections, *et al.*,

      Defendants.

CASE NO. 2:25-cv-680 ECM

CAPITAL CASE

RECEIVED
2026 MAY 27 P 2:47
TREY GRANGER, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## NOTICE OF CONVENTIONAL FILING
## OF PLAINTIFF'S TRIAL EXHIBITS

Pursuant to the Court's May 19, 2026 Order, ECF No. 158, and May 20, 2026 Order, ECF No. 164, Plaintiff Jeffery Lee provides notice that on May 20, 2026, unredacted copies of trial exhibits P0129, P0132, and P0136 were mailed (in hardcopy and on a USB) to the Court under seal. The Clerk of the Court received the following trial exhibits on May 21, 2026.

- Declaration of Dr. Julie Bastarache, executed May 8, 2026 [P0129] – HIGHLY CONFIDENTIAL;

- Operation and Service Manual for the pulse oximeter (HYPOXIA RFP 000234-278 – Highly Confidential) [P0132] – HIGHLY CONFIDENTIAL; and

- Declaration from manufacturer of the pulse oximeters, executed May 18, 2026 [P0136] – HIGHLY CONFIDENTIAL.

Dated: May 22, 2026

Respectfully submitted,

*Anna Thompson*

Angelique A. Ciliberti (ASB-1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)
Jocelyn A. Wiesner (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Angelique.Ciliberti@arnoldporter.com
Paige.Sharpe@arnoldporter.com
Anna.Thompson@arnoldporter.com
Kevin.Cline@arnoldporter.com
Jocelyn.Wiesner@arnoldporter.com

Tommy Huynh (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
(415) 471-3100
Tommy.Huynh@arnoldporter.com

Caleb Thompson (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
Caleb.Thompson@arnoldporter.com

*Counsel for Plaintiff Jeffery Lee*