IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-680-ECM |
| | ) | |
| GREG LOVELACE, Commissioner, | ) | |
| Alabama Department of Corrections, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that Final Judgment is entered in

favor of the Plaintiff and against the Defendants.

It is further DECLARED that the Alabama Department of Corrections' nitrogen

hypoxia execution protocol violates the Eighth Amendment to the United States

Constitution.

It is further ORDERED that the Defendants are PERMANENTLY ENJOINED

from executing the Plaintiff using the Alabama Department of Corrections' nitrogen

hypoxia protocol.

Costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of June, 2026.

          /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE