**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JEFFERY LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00680-ECM |
| | ) |
| GREG LOVELACE, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, et al., | ) |
| | ) |
|     Defendants. | ) |

## <u>NOTICE OF APPEAL</u>

Come now Defendants and give notice that Defendants appeal from the Memorandum Opinion and Order (DE187) and Final Judgment (DE188) entered on June 9, 2026. This appeal is permitted under 28 U.S.C. § 1291.

Respectfully submitted June 9, 2026.

STEVE MARSHALL
ATTORNEY GENERAL OF ALABAMA
BY—

<u>*/s/ Lauren A. Simpson*</u>
Lauren A. Simpson
*Deputy Attorney General*

Polly S. Kenny
Brenton L. Thompson
Talmadge Butts
*Assistant Attorneys General*
Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 9, 2026, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

**<u>/s/ Lauren A. Simpson</u>**
Lauren A. Simpson
*Deputy Attorney General*
Counsel for Defendants

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

2